```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
                                   :
UNITED STATES OF AMERICA           :
                                   :
                                   :   ORDER
              – against –          :   09 CR 170 (S-2) (JFB)
                                   :
KEVIN WELLS,                       :
                                   :
              Defendant.           :
                                   :
----------------------------------X
```

JOSEPH F. BIANCO, District Judge:

Pursuant to 28 U.S.C. § 636(b)(3), this Court referred this case to Magistrate Judge A. Kathleen Tomlinson to conduct a plea hearing. The hearing was conducted on September 24, 2010 and, based upon his findings at the hearing, Magistrate Judge Tomlinson recommended that the Court accept the defendant's plea of guilty. There are no objections to that recommendation. This Court has reviewed the transcript of the plea proceeding in order to determine whether to accept the defendant's guilty plea.

Accordingly, based upon a de novo review of the transcript of the plea proceeding, the Court adopts the recommendation of Magistrate Judge Tomlinson, accepts the defendant's plea of guilty to Count One of Superseding Indictment 09 CR 170 (S-2) (JFB), and the defendant is adjudged guilty on that count.

SO ORDERED.

JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:   September 28, 2010
         Central Islip, New York